

ACCEPTED
15-25-00016-CV
FIFTEENTH COURT OF APPEALS
Barrett H. Reasoner, TEXAS
Partner
2/11/2025 4:53 PM
breasoner@gibbsbruns.com
CHRISTOPHER A. PRINE
713.751.5244
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 4:53:08 PM
CHRISTOPHER A. PRINE
Clerk

February 11, 2025

**Via E-File**
Christopher A. Prine
Clerk of Court
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

> Re:  15-25-00016-CV; *In re Marty Berry and Axis Midstream Holdings, LLC*;
> Relators' Emergency Motion for Temporary Relief

Dear Mr. Prine,

I represent Real Party-in-Interest Lawrence Berry ("Lawrence") in the above-captioned original proceeding, which was filed this morning, February 11, 2025. Relators provided notice to Lawrence on February 10, 2025 of their intent to file this original proceeding. Today, Relators also filed an Emergency Motion for Temporary Relief ("Emergency Motion"), seeking a stay of all proceedings in the underlying action pending before the Hon. Judge Adrogué in the 11th Division Business Court, captioned *Albert Theodore Powers, et al. v. Axis Midstream Holdings, LLC, et al.*; Cause No. 24-BC11A-0025 (the "Lawsuit").

The parties to the Lawsuit are currently in the midst of a temporary injunction hearing ("TI Hearing") that began on January 29, 2025, and which is scheduled to continue on February 14, 2025. The TI Hearing has been scheduled by agreement of all parties since January 5, 2025. Two full days of testimony and evidence were presented on January 29 and January 30, with all parties—including Relators—agreeing to continue the TI Hearing proceedings on February 14, 2025.

Given the substantial effort that has gone into these proceedings to date, Lawrence respectfully requests that the Court defer any ruling on Relators' Emergency Motion until Lawrence has an opportunity to fully respond. We intend to file a response to Relators' Emergency Motion no later than 12:00 PM CST on February 13, 2025.

Respectfully submitted,

Barrett H. Reasoner

cc: All Counsel of Record                    **Via E-File**

Gibbs & Bruns LLP ▪ 1100 Louisiana ▪ Suite 5300 ▪ Houston, Texas 77002 ▪ T 713.650.8805 ▪ F 713.750.0903 ▪ www.gibbsbruns.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosa Brennan on behalf of Barrett Reasoner
Bar No. 16641980
rbrennan@gibbsbruns.com
Envelope ID: 97261506
Filing Code Description: Letter
Filing Description: Letter
Status as of 2/11/2025 5:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas AAllison | | doug@dallisonlaw.com | 2/11/2025 4:53:08 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |
| Michael Absmeier | 24050195 | mabsmeier@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |
| Barrett Reasoner | 16641980 | breasoner@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |
| Alistair Dawson | 5596100 | adawson@beckredden.com | 2/11/2025 4:53:08 PM | SENT |
| Roland Garcia | 7645250 | garciar@gtlaw.com | 2/11/2025 4:53:08 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |
| Vanessa AGilmore | | vg@robertsmarkland.com | 2/11/2025 4:53:08 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 2/11/2025 4:53:08 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 2/11/2025 4:53:08 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 2/11/2025 4:53:08 PM | SENT |